# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMARKO STEWARD, #07435-025, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 10-cv-922-JPG |
| UNITED STATED OF AMERICA | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on Petitioner's motion to vacate, set aside, or correct sentence (Doc. 1). Because this petition did not include any factual allegations, on March 23, 2011, the Court ordered Petitioner to file an amended petition within 21 days. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: April 18, 2011

                                                  *s/J. Phil Gilbert*
                                                  **United States District Judge**