# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEMARKO STEWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil No. 10-cv-922-JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-cr-30060-JPG |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner DeMarko Steward's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner DeMarko Steward.


DATED: May 9, 2011                    NANCY J. ROSENSTENGEL, Clerk of Court

                                      **s/Jina Hoyt, Deputy Clerk**



**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**